# United States Court of Appeals

## For the First Circuit

No. 18-1265

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN MICHAEL GARCÍA-MOJICA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 9, 2020, is amended as follows:

On page 9, line 13, replace "commensurate to" with "commensurate with"

On page 9, line 18, insert a comma after "that"

On page 10, lines 11-12, insert "we conclude that" following "transcript,"